Rosa D. Hothorn, Respondent, *v.* Amelia E. Louis, Appellant, Impleaded with Another.

*Hothorn* v. *Louis,* 52 App. Div. 218, affirmed.
(Submitted January 31, 1902; decided February 25, 1902.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 14, 1900, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*Alexander S. Bacon* for appellant.

*Herbert Reeves* and *Alexander S. Rowland* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: Parker, Ch. J., Gray, O'Brien, Vann, Cullen and Werner, JJ. Not sitting: Martin, J.